UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO.: 14-22489-RAM

JOEL POSADA
AKA JOEL POSADA PADRON
AKA JOEL POSADA-PADRON

CHAPTER: 7

Debtor(s).
_______________________________________/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
*RE: Surrendered Property 5665 W 20th Avenue #115, Hialeah, FL 33012*

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 4001-1(C), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**SECURED CREDITOR,** FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") AS THE AUTHORIZED SUBSERVICER. ("MOVANT"), by and through its undersigned attorney, hereby Moves for Relief from the Automatic Stay pursuant to 11 USC §362(d), and in support states as follows:

1. On May 30, 2014, the above Debtor(s) filed a Voluntary Petition for Relief pursuant to Chapter 7 of the United States Bankruptcy Code.
2. This is a motion pursuant to Bankruptcy Rule 4001(a) for Relief from the automatic stay provisions of Section 362(a) of the Bankruptcy Code.
3. Debtor(s) executed a promissory note secured by a mortgage. The promissory note is either made payable to Creditor or has been duly indorsed. MOVANT, directly or through an agent, has possession of the promissory note, MOVANT is the original mortgagee or beneficiary or the assignee of the mortgage. MOVANT is a secured creditor by virtue of a

promissory note, mortgage, and assignments of mortgage which is attached to this motion as Exhibit "A" and "B" on real property. Said real property has the following legal description:

**CONDOMINIUM UNIT NO. 115, BUILDING 5665, OF WESTLAND GARDENS CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN OFFICIAL RECORDS BOOK 21791, PAGE 2332 OF THE PUBLIC RECORDS OF MIAMI~DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO OF THE SAID CONDOMINIUM.**

**A/K/A: 5665 W 20TH AVENUE #115, HIALEAH, FL 33012**

4. As of August 9, 2016 the approximate value of debt due is $273,678.16. See Exhibit "C" that includes the Indebtedness Worksheet.
5. The estimated value of the property is $123,244.00. This valuation is based on the fair market value as determined by the County Property Appraiser. See County Property Appraisal attached as Exhibit "D." Thus, there is no equity in the property for the benefit of unsecured creditors of the estate.
6. The above referenced real property has been claimed by the Debtor(s) as Nonexempt and has not been abandoned by the Trustee
7. That the Debtor failed to adequately protect the interest of the secured creditor.
8. That MOVANT, is prohibited from proceeding with foreclosure in the State Court because of the pendency of this bankruptcy action, and that in the absence of the Court's Order allowing the secured creditor to proceed with the foreclosure action the security will be significantly jeopardized.
9. Once the stay is terminated, the Debtor will have minimal incentive to insure, preserve, or protect the collateral; therefore, Secured Creditor requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).
10. Movant's post-petition address for payments is: PO Box 1047, Hartford, CT 06143.
11. Movant's security interest in the property is being significantly jeopardized by the Debtor's failure to make said payments while Movant is prohibited from pursuing lawful remedies to protect said security interest.

12. Movant has incurred attorneys' fees of $750.00 and costs in the amount of $176.00 as a result of having to file this Motion. Movant, therefore, seeks an award of its fees and costs, or alternatively, leave to seek recovery of its reasonable bankruptcy attorneys' fees and costs in any pending or subsequent foreclosure action.
13. Movant further requests language in the Court's Order to reflect that it will survive any subsequent conversion of the case to another Chapter of the Bankruptcy Code.
14. Documentation provided is in support of right to seek a lift of stay and foreclose if necessary.

**WHEREFORE, PREMISES CONSIDERED,** MOVANT moves this Honorable Court for an Order granting relief from the automatic stay and waiver of the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(3).

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL 33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
bankruptcy@popkinrosaler.com

By: /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on this this 14 day of November , 2016 by electronic notice if registered in the Electronic Case Filing system, otherwise by regular U.S. Mail to:

Joel Posada
5665 W 20th Avenue #115
Hialeah, Fl 33012-7528

Robert Sanchez, Esq
355 W 49 St.
Hialeah, Fl 33012

Trustee
Soneet Kapila
Www.Kapilatrustee.Com
Po Box 14213
Ft Lauderdale, Fl 33302

U.S. Trustee
Office Of The Us Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, Fl 33130

By: /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882